USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
COLONY INSURANCE COMPANY,                :
                                         :
                                         :
                         Plaintiff,      :
                                         :          24-CV-7466 (VEC)
           -against-                     :
                                         :          ORDER
                                         :
DTC SERVICES INC.,                       :
                                         :
                                         :
                                         :
                         Defendant.      :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

        WHEREAS Plaintiff has filed proof of service as to Defendant, Dkt. 8;

        WHEREAS Defendant's deadline to answer or otherwise respond to the Complaint has elapsed, *id.*; and

        WHEREAS Defendant has neither appeared nor answered;

        IT IS HEREBY ORDERED that Plaintiff must move for an order to show cause why default judgment should not be entered against Defendant, in accordance with Attachment A of this Court's Individual Practices in Civil Cases, by not later than **Thursday, December 5, 2024**.

**SO ORDERED.**

Date: November 14, 2024
      New York, New York

                                          **VALERIE CAPRONI**
                                        **United States District Judge**

1