```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
COLONY INSURANCE COMPANY,                                      :
                                                               :
                                                               :
                                         Plaintiff,            :
                                                               :        24-CV-7466 (VEC)
                -against-                                      :
                                                               :        ORDER
                                                               :
DTC SERVICES INC.,                                             :
                                                               :
                                                               :
                                                               :
                                         Defendant.            :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 2, 2025, the Court ordered the parties to appear before the Court on Friday, February 7, 2025, for Defendant to show cause why default judgment should not be entered against it, *see* Dkt. 24; and

WHEREAS the Undersigned's Courtroom has changed;

IT IS HEREBY ORDERED that Show Cause Hearing for Plaintiff's Default Judgment motion scheduled for Friday, February 7, 2025, at 10:00 A.M. will now take place in Courtroom **20C**, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that Plaintiff must serve this Order on Defendant and file proof of service via ECF by **Tuesday, February 4, 2025**.

**SO ORDERED.**

**Date: February 3, 2025**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**