```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
COLONY INSURANCE COMPANY,                  :
                                           :
                                           :
                              Plaintiff,   :
                                           :     24-CV-7466 (VEC)
              -against-                    :
                                           :           ORDER
                                           :
DTC SERVICES INC.,                         :
                                           :
                                           :
                                           :
                              Defendant.   :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 2, 2024, Plaintiff initiated this action, *see* Dkt. 1;

WHEREAS on October 7, 2024, the Court scheduled an Initial Pretrial Conference ("IPTC") for December 13, 2024, at 10:00 A.M., *see* Dkt. 6;

WHEREAS because Defendant did not timely answer the Complaint or appear in this action, on December 11, 2024, the Court adjourned the IPTC *sine die*, and on December 20, 2024, Plaintiff moved for default judgment, *see* Dkts. 20–23; after several adjournments, the default judgment hearing was scheduled for Friday, February 14, 2025, *see* Dkt. 30;

WHEREAS on February 13, 2025, Plaintiff filed a letter indicating that Defendant retained counsel to represent it in this matter, and the Court cancelled the default judgment hearing and set a March 17, 2025 deadline for Defendant to answer the Complaint, *see* Dkts. 34–35; and

WHEREAS on March 12, 2025, Defendant answered the Complaint, *see* Dkt. 36;

1

IT IS HEREBY ORDERED that the IPTC previously scheduled for Friday, December 13, 2024, at 10:00 A.M. and adjourned *sine die* will take place on **Friday, April 4, 2025, at 10:00 A.M.** in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  The parties' joint letter and proposed case management plan as detailed in the Court's prior Order at Dkt. 6 are due by **Thursday, March 27, 2025**.

**SO ORDERED.**

**Date:  March 13, 2025**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**