**TRAUB LIEBERMAN**

Mid-Westchester Executive Park | 7 Skyline Drive | Hawthorne, New York 10532
DIRECT (914) 586-7006 | MAIN (914) 347-2600 | FAX (914) 347-8898

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/17/2025

Jonathan R. Harwood | Partner | jharwood@tlsslaw.com

March 14, 2025

**MEMO ENDORSED**

**VIA ECF**
Hon Valerie E. Caproni
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    Matter  :  Colony Insurance Company v. DTC Services Inc.
            Civil Action No.  :  24-cv-07466 (VEC)
            Our File No.  :  650.0276

Dear Judge Caproni:

    We represent plaintiff Colony Insurance Company ("Colony") in the captioned matter, which is scheduled for a hearing at 10:00 a.m. tomorrow on Colony's default motion. Please allow this letter to modify the letter filed earlier today seeking an adjournment of the Initial Pre-Trial Conference. Counsel for all parties are available on April 22, April 23 before 12:30 p.m., and April 24, 2025. We apologize for any inconvenience this may have caused.

                            Sincerely,

                            *Jonathan Harwood*

                            Jonathan Harwood

JRH/

cc:    All Counsel of Record (via ECF)

Application GRANTED.  The Initial Pretrial Conference scheduled for Friday, April 4, 2025, at 10:00 A.M. is ADJOURNED to **Friday, May 9, 2025, at 10:00 A.M.**  The parties' deadline to submit a joint letter and proposed case management plan in accordance with the Court's prior Order at Dkt. 6 is ADJOURNED from Thursday, March 27, 2025, to **Thursday, May 1, 2025**.

The Clerk of Court is respectfully directed to terminate the open motions at Dkts. 40 and 41.

SO ORDERED.

3/17/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE